■ In the Matter of YEHUDA HERSKOVIC, Petitioner, v NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, Respondent. [869 NYS2d 788]

The determination that the petitioner violated certain provisions of the Vehicle and Traffic Law is supported by substantial evidence and, therefore, must be confirmed (*see* CPLR 7803 [4]; *Matter of Grossberg v Christian,* 245 AD2d 118 [1997]; *Matter of Schwartz v Traffic Violations Appeals Bd. of N.Y. State Dept. of Motor Vehs.,* 189 AD2d 876, 877 [1993]).

The petitioner's remaining contentions are without merit. Spolzino, J.P., Covello, Balkin and Belen, JJ., concur.